No. 77. CALOCA *v.* VILASECA ET AL.—Appeal from the District Court of San Juan. Motion to attach to the record certain documents omitted by the appellant. Decided October 3, 1905. The motion was allowed. *Messrs. Díaz and Texidor,* for appellant; *Mr. José Guzmán Benítez,* for respondent.

No. 4. FREYTES *v.* FRANCO ET AL.—Appeal from the District Court of Arecibo. Decided October 3, 1905. The appeal was dismissed on account of the appellant not having prosecuted it in due form. *Mr. Ramos,* for appellant.

No. 97. NEGRONI *v.* MARIANI.—Appeal from the District Court of Ponce. Decided October 3, 1905. The appeal was dismissed on account of the provisions of sections 299 of the Code of Civil Procedure and 50 and 54 of the Regulations not having been complied with. *Mr. Massari,* for appellant; *Mr. Acosta,* for respondent.

No. 98. ESTATE OF IGLESIAS *v.* BOLÍVAR.—Appeal from the District Court of San Juan. Decided October 3, 1905. Withdrawn on motion of the appellant. *Messrs. La Costa and Texidor,* for appellant.

No. 31. THE PEOPLE *v.* HERNÁNDEZ.—Appeal from the District Court of Ponce. Decided October 9, 1905. The appeal was dismissed, on motion of the *fiscal,* on the ground that the transcript of the record was not properly authenticated. *Mr. Rossy, fiscal,* for petitioner.

No. 99. AVILÉS *v.* ESTATE OF LANGE.—Appeal from the District Court of Mayagüez. Decided October 12, 1905. Withdrawn on motion of the appellant. *Messrs. Vázquez and Quintero,* for appellant.